Before the Third Division, September 27, 1966

**No. P66/234.**—United China & Glass Co. *v.* United States, protests 58/23121, etc. (Houston).

Landis, J. In accordance with stipulation of counsel that the items of merchandise marked "T" covered by the foregoing protests consist of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), and that the items of merchandise marked "D" covered by the foregoing protests consist of cups and saucers similar in all material respects to those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiff was sustained.

Before the Second Division, September 29, 1966

**No. P66/235.**—Nisonger Sales Co. and Nisonger Corp. *v.* United States, protests 61/21203 and 63/9868 (Los Angeles).

**No. P66/236.**—Electra Spark Co. *v.* United States, protests 63/18566 and 64/4229 (New York).

Rao, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of spark plugs, not dedicated to use in automobiles or any other vehicle or machine, similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiffs was sustained.